STATE OF NEBRASKA, APPELLEE, v. HAROLD HUFFMAN, APPELLANT.

207 N. W. 2d 696

Filed June 1, 1973. No. 38904.

Harold Huffman, pro se.

Clarence A. H. Meyer, Attorney General, and Ralph H. Gillan, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

BOSLAUGH, J.

The defendant's conviction of forgery was affirmed in State v. Huffman, 185 Neb. 417, 176 N. W. 2d 506. In a prior post conviction proceeding, sentences on two counts were vacated but relief was otherwise denied. State v. Huffman, 186 Neb. 809, 186 N. W. 2d 715.

In this second proceeding under section 29-3001, R. S. Supp., 1972, the defendant has alleged no basis for further relief. The trial court is not required to entertain successive motions for similar relief from the same prisoner. State v. Pilgrim, 188 Neb. 213, 196 N. W. 2d 162.

320

The judgment of the District Court is affirmed.

AFFIRMED.

WHITE, C. J., not participating.